IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SCOTT LEROY RHEAM
ADC # 149727                                                                                          PLAINTIFF

v.                          CASE NO. 4:11CV00515 BSM

CHRIS WILLIAMS
Circuit Judge, Hot Springs County, et al.                                                DEFENDANTS

## ORDER

Although plaintiff Scott Rheam filed this 42 U.S.C. § 1983 case in this district, it appears from the allegations contained in the complaint [Doc. No. 1] that venue properly lies in the Western District of Arkansas, Hot Springs Division. Accordingly, the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas pursuant to 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(e).

The clerk is directed to immediately transfer a copy of this order and the original file herein to the Clerk of the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 16th day of December 2011.

_____
UNITED STATES DISTRICT JUDGE